UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Reading Rock Northeast, LLC

*Plaintiff*

v.

William N. Russel, III et al.

*Defendant*

Civil Action No. 1:20-cv-05728

## CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for  Reading Rock Northeast, LLC , certifies that this party is a non-governmental corporate party and that:

[✓] This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

Reading Rock, Inc.

**OR**

[ ] This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Joseph J. Pangaro
Signature of Attorney

30 S. 17th Street
Address

Philadelphia, PA 19103
City/State/Zip

05/08/2020
Date

DNJ-CMECF-005 (10/2018)