IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **READING ROCK NORTHEAST, LLC** | : |
| | : Civil Action |
| Plaintiff, | : Case No. <u>1:20-CV-5728</u> |
| v. | : |
| **WILLIAM N. RUSSELL, III** and | : |
| **RUSSELL CAST STONE, INC.** | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Patrick J. Kearney, Esq. of Duane Morris LLP, as counsel on behalf of Plaintiff Reading Rock Northeast, LLC.

>  **DUANE MORRIS LLP**
>  A Delaware Limited Liability Partnership
>
>  <u>/s/ Patrick J. Kearney</u>
>  Patrick J. Kearney, Esquire (#022662003)
>
>  Joseph J. Pangaro, Esquire (#214572016)
>  30 South 17th Street
>  Philadelphia, PA 19103-4196
>  Telephone: 215 979 1171
>  Fax: 215 689 4907
>
>  Jeffrey M. Nye (0082247)
>  Stagnaro, Saba & Patterson Co., LPA
>  2623 Erie Avenue
>  Cincinnati, OH 45207

513-533-6714
513-533-2999 (fax)
jmn@sspfirm.com
PRO HAC VICE APPLICATION
FORTHCOMING
*Counsel for Reading Rock Northeast LLC*