| AO 440 (Rev. 06/12) Summons in a Civil Action | RETURN OF SERVICE |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | SUMMONS AND COMPLAINT, CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET <br> HANAN HAYON <br> PROCESS SERVER |
| | DATE: 6/3/2020 12:55:21 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

WILLIAM N. RUSSELL

Place where served:

1145 CHANTICLEER   CHERRY HILL, NJ  08034

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

WILLIAM N. RUSSELL

Relationship to defendant   **SELF**

Description of Person Accepting Service:

SEX: M   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: GRAY   OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE:  6/4/2020                                              _____ L.S.

SIGNATURE OF HANAN HAYON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:      JOSEPH J. PANGARO, ESQ.
PLAINTIFF:       READING ROCK NORTHEAST, LLC
DEFENDANT:  WILLIAM N. RUSSELL, III, ET AL
VENUE:            DISTRICT
DOCKET:          1 20 CV 05728 RBK KMW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Dec. 18, 2023