AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CORPORATE DISCLOSURE STATEMENT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | HANAN HAYON |
| TITLE: | PROCESS SERVER |
| | DATE: 6/3/2020 1:43:36 PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

RUSSELL CAST STONE, INC., ATTN: WILLIAM N. RUSSELL, III, AGENT

Place where served:

400 COOPER RD.   WEST BERLIN  NJ  08091

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

ROBYN JACKSON

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F    AGE: 36-50   HEIGHT: 5'4"-5'8"    WEIGHT: 161-200 LBS.    SKIN: WHITE    HAIR: BLONDE   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____         SERVICES $ _____.____         TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 6 / 4 / 20 20                    _____ L.S.

SIGNATURE OF HANAN HAYON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:       JOSEPH J. PANGARO, ESQ.
PLAINTIFF:      READING ROCK NORTHEAST, LLC
DEFENDANT:      WILLIAM N. RUSSELL, III, ET AL
VENUE:          DISTRICT
DOCKET:         1 20 CV 05728 RBK KMW
COMMENT:

KIMBERLY GROTE
NOTARY PUBLIC OF NEW JERSEY
Commission Expires Dec. 18, 2023