**Duane Morris LLP**
*A Delaware Limited Liability Partnership*
Patrick J. Kearney, Esquire (#022662003)
Joseph J. Pangaro, Esquire (#214572016)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1171
Fax: (215) 689-4907

Stagnaro, Saba & Patterson Co., LPA
Jeffrey M. Nye (*Pro Hac Vice Application Pending*)
2623 Erie Avenue
Cincinnati, OH 45207
jmn@sspfirm.com
Telephone: (513) 533-6714
Fax: (513) 533-2999
*Counsel for Reading Rock Northeast LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| READING ROCK NORTHEAST, LLC,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM N. RUSSELL III *et al.*<br><br>Defendants. | Civil Action No. 1:20-CV-5728<br><br><br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF JEFFREY M. NYE** |

TO:  Denis P. McBride, Esq. and John P. Shea, Esq.
     1040 Kings Highway N., Ste. 600
     Cherry Hill, NJ 08034
     Counsel for Defendants William N. Russell III *and* Russell Cast Stone, Inc.

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 101.1(c), the undersigned attorneys for Plaintiff, Reading Rock Northeast, LLC, move before this Court for an Order granting

DM1\11281591.1

the *pro hac vice* admission of Jeffrey M. Nye, Esq., on behalf of Plaintiff, in association with the undersigned New Jersey counsel; and

**PLEASE TAKE FURTHER NOTICE** that, in support of its motion, Plaintiff relies upon the accompanying Certifications of Jeffrey M. Nye , Esq., and Patrick J. Kearney, Esq.; and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

        Respectfully submitted,

        /s/ Patrick J. Kearney
        Patrick J. Kearney, Esquire

Dated: July 20, 2020