## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| READING ROCK NORTHEAST, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM N. RUSSELL III *et al.*<br><br>　　　　Defendants. | Civil Action No. 1:20-CV-5728<br><br>**ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF JEFFREY M. NYE** |

　　　THIS MATTER having been opened to this Court by Motion of Duane Morris LLP, attorneys for Plaintiff Reading Rock Northeast, LLC ("Reading Rock"), for an Order permitting Jeffrey M. Nye to appear *pro hac vice* in this action and participate on behalf of Reading Rock; and the Court having reviewed the supporting certifications of Jeffrey M. Nye, Esq., and Patrick J. Kearney, Esq., and finding that those certifications comply with L.Civ.R. 101.1(c); and for good cause shown,

　　　IT IS HEREBY ORDERED this _____ day of _____, 2020 as follows:

　　　1.　　Jeffrey M. Nye is hereby admitted *pro hac vice* and permitted to appear and participate in this action on behalf of Reading Rock, pursuant to L.Civ.R. 101.1(c).

　　　2.　　Mr. Nye shall:

　　　　　a.　promptly notify the Court of the institution of any disciplinary proceedings before any court during the period of *pro hac vice* admission;

　　　　　b.　make a payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for this year and any

       subsequent year in which the admitted attorney continues to represent a client in a matter pending in this Court;

c. make a payment of $150.00 payable to the Clerk, United States District Court for the District of New Jersey;

d. take no fee in any tort case in excess of New Jersey Court Rule 1:21-7 governing contingent fees during the period of *pro hac vice* admission;

e. comply with the rules of the court, including all disciplinary rules, during the period of *pro hac vice* admission; and

f. submit to the disciplinary jurisdiction of this Court during the period of *pro hac vice* admission.

3. Only counsel of record admitted to practice before this Court may sign and file pleadings and other papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders.

                                              SO ORDERED

                                              _____

                                              Honorable Robert B. Kugler, U.S.D.J.

                                              Dated: