## CERTIFICATE OF SERVICE

The undersigned certifies that on July 20, 2020, the foregoing document was filed electronically using the CM/ECF system which will automatically deliver notice of the filing to all counsel of record in this lawsuit.

/s/ Patrick J. Kearney
Patrick J. Kearney, Esquire