**Duane Morris LLP**
*A Delaware Limited Liability Partnership*
Patrick J. Kearney, Esquire (#022662003)
Joseph J. Pangaro, Esquire (#214572016)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1171
Fax: (215) 689-4907

Stagnaro, Saba & Patterson Co., LPA
Jeffrey M. Nye (*Pro Hac Vice Application Pending*)
2623 Erie Avenue
Cincinnati, OH 45207
jmn@sspfirm.com
Telephone: (513) 533-6714
Fax: (513) 533-2999
*Counsel for Reading Rock Northeast LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| READING ROCK NORTHEAST, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM N. RUSSELL III *et al.*<br><br>　　　　Defendants. | Civil Action No. 1:20-CV-5728<br><br><br><br><br>**CERTIFICATION OF JEFFREY M. NYE PURSUANT TO L. CIV. R. 101.1(C) FOR *PRO HAC VICE* ADMISSION** |

　　　　I, Jeffrey M. Nye, being of full age, hereby certify as follows:

　　　　1.　　I am a partner at the law firm of Stagnaro, Saba & Patterson Co., LPA, in Cincinnati, Ohio.

2. I make this Certification pursuant to Local Civil rule 101.1, to be admitted *pro hac vice* with regard to this action.

3. I am and have been a member in good standing of the Ohio bar since 2007. My Ohio bar number is 0082247.

4. I am and have been a member in good standing of the Indiana bar since 2011. My Indiana bar number is 29800-15.

5. Certificates of good standing from Ohio and Indiana are included with this declaration.

6. I am also a member of the bars of federal district and bankruptcy courts in Ohio and Indiana, and the Sixth Circuit Court of Appeals.

7. I am not a member of the bar of the Supreme Court of New Jersey and therefore am not eligible for regular admission to the bar of the District of New Jersey.

8. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

9. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

Pursuant to 28 U.S.C. § 1746, I hereby declare and certify under penalty of perjury that the foregoing statements made by me are true and correct.

                                          */s/ Jeffrey M. Nye*
                                          Jeffrey M. Nye, Esq.

Executed on July 17, 2020



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

  I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jeffrey Michael Nye**
Attorney Registration No. **0082247**

was admitted to the practice of law in Ohio on November 5, 2007; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



  IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of May, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Shannon B. Scheid*
Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2020-05-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

JEFFREY MICHAEL NYE

is a member of the bar of said Court since admission on September 26, 2011, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 17th day of July, 2020.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA