# KENT/McBRIDE

**1040 Kings Highway North, Suite 600**
**Cherry Hill, NJ. 08034**
**Phone: 856 667 3113**
**Fax: 856 667 4003**
**Fax: 856 667 1966**
www.kentmcbride.com

Denis P. McBride, Esquire
Direct Dial: 856 382 3673
dmcbride@kentmcbride.com

July 24, 2020

The Honorable Robert B. Kugler, U.S. Judge
The Honorable Karen M. Williams, U.S. Magistrate Judge
Mitchell H. Cohen U.S. Court House, Room 1050
One John F. Gerry Plaza
4th and Cooper Streets
Camden, NJ   08101

      Re:   Reading Rock Northeast, LLC v. William N. Russell, III, et al.
            Case No.:   1:20-cv-5728-RBK-KMW

Dear Judge Kugler and Judge Williams:

    Pursuant to Local Rule 7.1(d)(5), Defendants, William N. Russell, III, and Russell Casting, Inc. hereby requests an adjournment of Plaintiff's Motion to Dismiss.  The original Motion day of August 17, 2020 has not been previously extended or adjourned.  This adjournment request is timely made, as under Local Civil Rule 7.1(d)(2), opposition would have been due on or before August 3, 2020.  The new Motion day would be September 8, 2020.  Opposition to Plaintiff's Motion to Dismiss would be due on or before August 25, 2020.  Reply papers would be due on September 1, 2020.

    This letter is being electronically filed and also a courtesy copy is being sent via Certified Mail pursuant to the Court's policies and procedures.

    The Court's attention to this matter is sincerely appreciated.

                              Respectfully submitted,

                              KENT/McBRIDE, P.C.

                              By: _/s/ Denis P. McBride_____
                                  Denis P. McBride

DPM/dld
  cc:   Joseph J. Pangaro, Esquire (via -email)

