IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| READING ROCK NORTHEAST, LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>WILLIAM N. RUSSELL, III, et al.,<br><br>              Defendants. | Civil No. 20-5728-RBK-KMW |

**SCHEDULING ORDER**

       This Scheduling Order confirms the directives given to counsel during the telephone initial scheduling conference held pursuant to Rule 16, Federal Rules of Civil Procedure on **September 17**, **2020**; and the Court noting the following appearances: **Jeffrey M. Nye, Esquire**, appearing on behalf of the plaintiff; and **John P. Shea, Esquire**, appearing on behalf of the defendants; and for good cause shown:

       IT IS this **17th** day of **September**, **2020**, hereby **ORDERED**:

       1.   Counsel shall make Fed. R. Civ. P. 26(a) disclosures on or before **September 17, 2020**.

       2.   Plaintiff's counsel shall file a letter with the Court by **October 16, 2020** stating that the parties have conferred pursuant to Local Civil Rules 26.1(b)(2) and 26.1(d) concerning discovery of digital information and advise whether the parties have agreed on computer-based and other digital discovery matters.

       3.   Initial written discovery requests shall be served by **October 16, 2020**. Any responses, answers and objections to initial written discovery requests shall be served in accordance with Court Rules.

       4.   The Court will conduct a telephone status conference on **December 16, 2020 at 10:30 a.m.** Counsel for plaintiff shall initiate the telephone call.

       5.   Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

       **THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

                                                s/ Karen M. Williams  
                                                KAREN M. WILLIAMS  
                                                United States Magistrate Judge

cc:   Hon. Robert B. Kugler