

*Jeffrey M. Nye, Esq.*
*jmn@sspfirm.com*
*(513) 533-6714*

October 16, 2020

Hon. Karen M. Williams
United States Magistrate Judge
District of New Jersey

    Re:    **Reading Rock Northeast, LLC v. Russell, 1:20-cv-5728 – report regarding digital information**

Dear Judge Williams:

    Per §2 of your September 17 order (Doc. 18) this letter confirms that counsel have discussed issues relating to discovery of digital information. We have agreed on discovery procedures and do not anticipate any issues.

    Sincerely,

    STAGNARO, SABA
    & PATTERSON CO., L.P.A.

    _____
    Jeffrey M. Nye
    *Counsel for Plaintiff*

CC: All Counsel of Record (*via ECF*)

Attorneys licensed in Ohio, Kentucky, Indiana, Michigan and Florida | SSPFIRM.COM | 513.533.2700 / MAIN OFFICE
HYDE PARK SQUARE OFFICE / 2623 ERIE AVE, CINCINNATI, OH 45208 | ANDERSON TOWNSHIP OFFICE / 7373 BEECHMONT AVE, CINCINNATI, OH 45230

C:\Users\JJPangaro\Desktop\2020.10.16 letter re digital discovery.docx