**Duane Morris LLP**
*A Delaware Limited Liability Partnership*
Patrick J. Kearney, Esquire (#022662003)
Joseph J. Pangaro, Esquire (#214572016)
30 South 17th Street
Philadelphia, PA 19103-4196
Telephone: (215) 979-1171
Fax: (215) 689-4907

Stagnaro, Saba & Patterson Co., LPA
Jeffrey M. Nye (*Pro Hac Vice Application Pending*)
2623 Erie Avenue
Cincinnati, OH 45207
jmn@sspfirm.com
Telephone: (513) 533-6714
Fax: (513) 533-2999
*Counsel for Reading Rock Northeast LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| READING ROCK NORTHEAST, LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>WILLIAM N. RUSSELL III *et al.*<br><br>       Defendants. | Civil Action No. 1:20-CV-5728<br><br><br><br>**CERTIFICATION OF JEFFREY M. NYE PURSUANT TO L. CIV. R. 101.1(C) FOR *PRO HAC VICE* ADMISSION** |

I, Jeffrey M. Nye, being of full age, hereby certify as follows:

1. I am a partner at the law firm of Stagnaro, Saba & Patterson Co., LPA, in Cincinnati, Ohio.

2. I make this Certification pursuant to Local Civil rule 101.1, to be admitted *pro hac vice* with regard to this action.

3. I am and have been a member in good standing of the Ohio bar since 2007. My Ohio bar number is 0082247.

4. I am and have been a member in good standing of the Indiana bar since 2011. My Indiana bar number is 29800-15.

5. Certificates of Good Standing from Ohio and Indiana are included with this declaration.

6. I am also a member of the bars of the following federal courts: the Southern District of Indiana, the Southern District of Indiana Bankruptcy Court, the Northern District of Indiana, the Northern District of Indiana Bankruptcy Court, the Southern District of Ohio, the Southern District of Ohio Bankruptcy Court, the Northern District of Ohio, the Northern District of Ohio Bankruptcy Court, and the Sixth Circuit Court of Appeals.

7. Certificates of Good Standing from the federal district courts in the Southern District of Ohio, the Northern District of Ohio, and the Southern District of Indiana[1], as well as the Sixth Circuit Court of Appeals are included with this declaration.

8. For the avoidance of doubt, and in light of the fact that certain Certificates of Good Standing for federal courts to which I am admitted are not attached to this declaration, I have also included in the below a table showing the contact information for the admissions clerks in each of the federal courts where I am admitted:

---

[1] Pursuant to the Local Rules of the Bankruptcy Courts of both the Southern District of Indiana and the Southern District of Ohio, admission to practice before the District Court constitutes admission to practice before the respective Bankruptcy Courts. *See* S.D. Ind. B-9010-3(a) (Indiana); S.D. Oh. LBR 2090-1(a).

| Court | Admission Date | Contact |
|---|---|---|
| United States District Court for the Southern District of Indiana | September 6, 2012 | Ruth Olive<br>Court Services Deputy Clerk<br>317-229-3723<br>46 East Ohio Street Rm 105<br>Indianapolis, IN 46204 |
| United States Bankruptcy Court for the Southern District of Indiana | September 6, 2012 | Ruth Olive<br>Court Services Deputy Clerk<br>317-229-3723<br>46 East Ohio Street Rm 105<br>Indianapolis, IN 46204 |
| United States District Court for the Northern District of Indiana | January 22, 2015 | Alex Edgar<br>Attorney Admissions Clerk<br>574-246-8045<br>102 Federal Building<br>204 S Main St<br>South Bend, IN  46601 |
| United States Bankruptcy Court for the Northern District of Indiana | January 22, 2015 | Alex Edgar<br>Attorney Admissions Clerk<br>574-246-8045<br>102 Federal Building<br>204 S Main St<br>South Bend, IN  46601 |
| United States District Court Southern District of Ohio | January 5, 2010 | Kim Lee<br>Case Administer<br>513-564-7507<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 |
| United States Bankruptcy Court Southern District of Ohio | January 5, 2010 | Kim Lee<br>Case Administer<br>513-564-7507<br>Potter Stewart U.S. Courthouse<br>Room 103<br>100 East Fifth Street<br>Cincinnati, OH 45202 |
| United States District Court Northern District of Ohio | January 18, 2013 | LoriAnne MacKenzie<br>Operations Specialist<br>419-213-5519<br>1716 Spielbusch Avenue<br>Toledo, Ohio 43604 |

| | | |
|---|---|---|
| United States Bankruptcy Court Northern District of Ohio | January 18, 2013 | LoriAnne MacKenzie Operations Specialist 419-213-5519 1716 Spielbusch Avenue Toledo, Ohio 43604 |
| United States Court of Appeals For the Sixth Circuit | April 9, 2018 | Annette Mills Attorney Admissions Clerk 513-564-7041 540 Potter Stewart U.S. Courthouse 100 E. Fifth Street Cincinnati, Ohio 45202-3988 |

9. I am not a member of the bar of the Supreme Court of New Jersey and therefore am not eligible for regular admission to the bar of the District of New Jersey.

10. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has previously been imposed on me in any jurisdiction.

11. I will immediately notify the Court of any matter affecting my standing at the bar of any other court.

Pursuant to 28 U.S.C. § 1746, I hereby declare and certify under penalty of perjury that the foregoing statements made by me are true and correct.

Executed on November 13, 2020

Jeffrey M. Nye, Esq.

4

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Jeffrey Michael Nye**
Attorney Registration No. **0082247**

was admitted to the practice of law in Ohio on November 5, 2007; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of May, 2020.

GINA WHITE PALMER
*Director, Attorney Services Division*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2020-05-08-1
Verify by email at GoodStandingRequests@sc.ohio.gov

# SUPREME COURT OF
# THE STATE OF INDIANA



## Certification

**STATE OF INDIANA, SS:**

I, Gregory R. Pachmayr, Clerk of the Supreme Court of Indiana, do hereby certify that

JEFFREY MICHAEL NYE

is a member of the bar of said Court since admission on September 26, 2011, and is in good standing therein.

Given under my hand and the seal of said Court at Indianapolis, Indiana, this 17th day of July, 2020.

GREGORY R. PACHMAYR
CLERK, SUPREME COURT OF INDIANA

# United States District Court
## For the Southern District of Indiana



# CERTIFICATE OF GOOD STANDING

I, Roger A. G. Sharpe, Clerk of the United States District Court for the Southern District of Indiana, do hereby certify that

## JEFFREY M. NYE

was duly admitted and qualified as an Attorney and Counselor of said Court on the 6th Day of September A.D., 2012, and is in good standing as a member of the bar of said Court.

Furthermore, no pending disciplinary action is on record.

*Roger A.G. Sharpe*

Clerk of the United States District Court

By: *Ruth E. Chip*
Deputy Clerk

Issued: October 26, 2020

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

## CERTIFICATE OF GOOD STANDING

I, _Sandy Opacich_, Clerk of this Court,

certify that _Jeffrey M. Nye_, Bar # _0082247_,

was duly admitted to practice in this Court on _01/18/2013_, and is in good standing as a member

of the Bar of this Court.

Dated at _Toledo, Ohio_ on _11/04/2020_
*(Location)*                                       *(Date)*

_Sandy Opacich_
*CLERK*

_LouAnne MacKenzie_
*DEPUTY CLERK*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

## CERTIFICATE OF
## GOOD STANDING

I, Richard W. Nagel, Clerk of this Court, certify that

**Jeffrey Michael Nye, Bar ID No. 0082247**

was duly admitted to practice in this Court on

January 5, 2010

and is in good standing as a member of the Bar of this Court.

Dated at  Cincinnati , Ohio on   October 27, 2020   .

CLERK OF COURT

Signature of Clerk or Deputy

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Jeffrey M. Nye,

OF **Cincinnati**, STATE OF **Ohio** WAS ON MOTION, FIRST MADE TO THE COURT ON **HIS** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **9th** DAY OF **April**, IN THE YEAR OF OUR LORD TWO THOUSAND AND EIGHTEEN, AND THAT **HE**, IS NOW IN GOOD STANDING.



In Testimony Whereof, I Debbie S. Hunt, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **26th** day of **October** in year of our Lord two thousand and twenty.

**Debbie S. Hunt**
Clerk, United States Court of Appeals
for the Sixth Circuit

*Annette L Mills*

Annette Mills
Deputy Clerk

Form 6CA-21
Revised January 2002