# KENT/McBRIDE

**1040 Kings Highway North, Suite 600**
**Cherry Hill, NJ. 08034**
**Phone: 856 667 3113**
**Fax: 856 667 4003**
**Fax: 856 667 1966**
www.kentmcbride.com

John P. Shea, Esquire
Direct Dial: 856 382 3751
jshea@kentmcbride.com

February 12, 2021

*Via ECF*
The Honorable Karen M. Williams, U.S. Magistrate Judge
Mitchell H. Cohen U.S. Court House, Room 1050
One John F. Gerry Plaza
4th and Cooper Streets
Camden, NJ   08101

      Re:   **Reading Rock Northeast, LLC v. William N. Russell, III, et al.**
              **Case No.:   1:20-cv-5728-RBK-KMW**

Dear Judge Williams:

    Pursuant to the Court's February 2, 2021 text Order, please be advised that counsel have agreed upon The Hon. Thomas W. Cavanagh, Jr., to serve as the Mediator on this matter.

                        Respectfully submitted,

                        KENT/McBRIDE, P.C.

                        By: _____
                            John P. Shea

JPS/

cc: All counsel *(via ECF)*

