<u>NOT FOR PUBLICATION</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| READING ROCK NORTHEAST, LLC., : | |
| : | |
| Plaintiff, : | |
| : | Civil No. 20-5728 (RBK/KMW) |
| v. : | |
| : | **ORDER** |
| RUSSEL, ET AL., : | |
| : | |
| Defendants. : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff Reading Rock's Motion to Transfer (Doc. No. 12) pursuant to § 1404(a); for the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Transfer (Doc. No. 12) pursuant to § 1404(a) is **GRANTED**; and

**IT IS FURTHER ORDERED** that counts two and three of Defendants' counterclaims are severed and transferred to the United States District Court for the Southern District of Ohio.


Dated:  3/8/2021              s/ Robert B. Kugler
                             ROBERT B. KUGLER
                             United States District Judge