

| | | |
|---|---|---|
| NEW YORK | **Duane Morris®** | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | PATRICK J. KEARNEY | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 215 979 1171 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 215 689 4907 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* pjkearney@duanemorris.com | CHERRY HILL |
| BOSTON | | LAKE TAHOE |
| HOUSTON | *www.duanemorris.com* | MYANMAR |
| DALLAS | | |
| AUSTIN | | ALLIANCES IN MEXICO |
| HANOI | | AND SRI LANKA |
| HO CHI MINH CITY | | |

July 19, 2022

**VIA ECF**

Honorable Sharon A. King
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ

      Re:    Reading Rock Northeast LLC v. William N. Russell III et al.,
                No. 1:20-cv-5728

Dear Judge King:

      We represent Plaintiff Reading Rock Northeast LLC.  As Your Honor may recall, the parties are also involved in a related action in the United States District Court, Southern District of Ohio, captioned *MRB Russell v. Reading Rock Northeast, LLC,* docket number, 1:21-cv-00172.

      On July 14, 2022, the Court in Ohio conducted a settlement conference, and the case was settled with payment due on or before August 7, 2022, from William Russell.  The Court entered the following minute entry:

      Minute entry for proceedings held before Judge Michael R. Barrett: Settlement Conference held on 07/14/2022; Stephen Weigand, along with William N. Russell, III, appeared for Plaintiff William N. Russell, III; Jeffrey Nye, along with Gordon Nelson, appeared for Defendant Reading Rock Northeast, LLC; the matter is settled; the parties shall follow up with the Court as discussed. (Court Reporter: Lisa Conley-Yungblut). (kkz)

DUANE MORRIS LLP

30 SOUTH 17TH STREET    PHILADELPHIA, PA 19103-4196                PHONE: +1 215 979 1000    FAX: +1 215 979 1020

DuaneMorris

Honorable Sharon A. King
July 19, 2022
Page 2

      Given the status of the Ohio case, Reading Rock Northeast LLC respectfully requests a thirty-day continuance of the telephone conference scheduled for July 28th with this Court as Reading Rock will file dismissal papers by mid-August if payment is received as promised.

Respectfully submitted,

*/s/ Patrick J. Kearney*

Patrick J. Kearney

PJK/dea
cc:  All counsel of record